ACCEPTED
14-15-00087-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 10:58:58 AM
CHRISTOPHER PRINE
CLERK

No. 14-115-00087-CV

In the Court of Appeals for the
Fourteenth District of Texas at Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 10:58:58 AM
CHRISTOPHER A. PRINE
Clerk

## HARPINDER SINGH, ET AL.

*Appellant*

## V.

## GURNAM SINGH SANDHAR  ET AL.

*Appellee*

On Appeal from the 55th Judicial District Court
Harris County, Texas
Trial Court Case No. 2013-51397

## APPELLANT'S MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANT'S BRIEF ON THE MERITS

To the Honorable Fourteenth Court of Appeals:

1. Appellants', Harpinder Singh, et al., respectfully file this motion for a thirty (45) day extension of time to file the Clerk's record and in support respectfully state as follows:

1

2. The brief of Appellants is due on July 6, 2015. This is Appellants' first request for an extension of time to file their brief.

3. Appellants are requesting 45 days from the granting of this Motion in which to file their Appellant's Brief on the Merits.

4. The counsel for Appellant is unable to confer with all Appellees, as they are individuals unrepresented by counsel, and the undersigned does not have a telephone number for each Appellee.

5. Counsel for the Appellant seeks this extension of time because the Reporter's record was just filed on June 3, 2015. Since that time, Appellant's counsel, Kristen Coleman, has had multiple evidentiary hearings which have required significant time to prepare. Ms. Coleman also went on a three day vacation. Ms. Coleman seeks additional time to prepare the Appellant's brief.

6. It is for these reasons that counsel for Appellant has been unable to complete the Brief on the Merits and is requesting an extension of time. The undersigned attorney understands the importance of deadlines and is not requesting this extension for reasons of delay only, but that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully requests the Court to extend the time for filing her Brief on the Merits in this cause by 30 days from the date of the Court's granting of this Motion.

Respectfully submitted,

WOODFILL LAW FIRM, PC

*/s/ Kristen Coleman*_____
Kristen Coleman
State Bar No.:  24038825
**kcoleman@woodfilllaw.com**
River Oaks Green
3131 Eastside St., Suite 450
Houston, Texas 77098
Telephone:  713-751-3080
Facsimile:  713-751-3058

## Certificate of Conference

Pursuant to Tex. R. App. P. 10.1(5), this is to certify that I did not confer with the individual Appellees, because they are not represented by counsel.

*/s/ Kristen S. Coleman*
Kristen Coleman
Attorney for Appellant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July, 2015, a true and correct copy of the foregoing document has been served on counsel below:

*Via USPS First Class Mail*
Gurnam Singh Sandhar
7 Harbor Bend Drive
Houston, Texas 77070

*Via USPS First Class Mail*
Inqlabi Thandi
9910 Oxted
Spring, Texas 77379

*Via USPS First Class Mail*
Daljit Singh Baganti
19027 Rustling Ridge Lane
Tomball, Texas 77377

*Via USPS First Class Mail*
Baljinder Singh Bhatti
14355 Cornerstone Village Dr. #911
Houston, Texas 77014

*Via USPS First Class Mail*
Sodagar Singh Virk
2413 Air Line Dr.
Brenham, Texas 77833

*Via USPS First Class Mail*
Baljinder Singh
12206 Winderwick
Houston, Texas 77066

*Via Email*
Briseida Luna

*/s/ Kristen S. Coleman*
Kristen Coleman